# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Adriano L.V.,

           Petitioner,

v.

Kristi Noem, *in her official capacity as Secretary of the Department of Homeland Security*; Todd Lyons, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

           Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**

Civil File No. 26-269 (MJD/DJF)

---

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner, Adriano L.V.

David W. Fuller, Assistant United States Attorney, Counsel for Federal Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster

dated January 18, 2026. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a <u>de novo</u> review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Foster dated January 18, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 18, 2026 **[Docket No. 6]**.

2. Petitioner Adriano L.V.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

    A. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, pursuant to the provisions of 8 U.S.C. § 1226(a);

    B. Respondents must immediately release Petitioner from detention;

    C. Respondents must provide Petitioner the means to return to the District of Minnesota upon his release.

    D. Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the release and return of Petitioner pursuant to this Order.

Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 23, 2026         s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court