# UNITED STATES DISTRICT COURT
## District of Minnesota

Adriano Loor Vera,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-269 MJD/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 19, 2026 **[Docket No. 6]**.

2. Petitioner Adriano L.V.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

   A. Petitioner is not subject to mandatory detention under 8 U.S.C. 1225(b)(2), and is instead subject to detention, pursuant to the provisions of 8 U.S.C. 1226(a);

   B. Respondents must immediately release Petitioner from detention;

   C. Respondents must provide Petitioner the means to return to the District of Minnesota upon his release.

D. Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the release and return of Petitioner pursuant to this Order. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

Date: 1/24/2026

KATE M. FOGARTY, CLERK