UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adriano L. V., <br>     Petitioner, <br> v. <br> Kristi Noem, et al., <br>     Respondents. | **ORDER DISMISSING WRIT OF HABEAS CORPUS** <br> Civil File No. 26-269 (MJD/DJF) |

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

Ana H. Voss, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On January 23, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention and to provide him means to return to Minnesota. [Doc. 7.] On February 2, 2026, Respondents informed the Court that Petitioner had been released from detention in Minnesota on January 26, 2026. [Doc. 9.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Adriano L. V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 2, 2026           s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court